**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 10, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00886-CR

---

### IN RE MICHAEL WILLIAM GODFREY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 912345**

---

## MEMORANDUM OPINION

On October 20, 2015, relator Michael William Godfrey filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the

Honorable Brad Hart, presiding judge of the 230th District Court of Harris County, to rule on his motion nunc pro tunc.

On November 5, 2015, the trial court signed an order denying relator's motion nunc pro tunc. Relator's request for relief is moot. Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).